# United States District Court
## Southern District of Georgia

Dixie E. Martin

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV506-019

Michael J. Astrue,
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated 5/21/07, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered affirming the Commissioner's decision and dismissing plaintiff's case.

| | |
|---|---|
| 5/21/07 | Scott L. Poff |
| Date | Clerk |
| | *Erika Bacon* |
| | (By) Deputy Clerk |